U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -1 PM 1:49

LORETTA G. WHYTE
       CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAYTON D'WAINNE KIRSH | CIVIL ACTION |
| VERSUS | NO. 03-3521 |
| ST. TAMMANY PARISH SHERIFF'S OFFICE, ET AL | SECTION "A"(5) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS THEREFORE ORDERED** that the instant matter be **dismissed without prejudice** for failure to prosecute with respect to defendant, Deputy Davis. **IT IS FURTHER ORDERED** that the instant matter be **dismissed with prejudice** with respect to the remaining defendants, Sheriff Strain, Warden Peachey, and the St. Tammany Parish Sheriff's Office.

New Orleans, Louisiana, this 1st day of August, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.____